■ In the Matter of CREOLE ENTERPRISES, INC., Appellant, v RUDOLPH GIULIANI, as Mayor of City of the New York, et al., Respondents. [659 NYS2d 742] —Order, Supreme Court, New York County (Louis York, J.), entered May 21, 1996, which, insofar as appealable, denied plaintiff's motion to renew a prior order dismissing the petition, unanimously affirmed, with costs.

Renewal is unwarranted for failure to show a valid excuse for not having submitted the new material on the original motion (*Foley v Roche*, 68 AD2d 558, 568). In any event, we would find that the new material would not have warranted a departure from the court's initial determination. We have considered petitioner's remaining contentions and find them to be without merit. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.

■ In the Matter of HENRY J. CLAY, JR. (Admitted as HENRY JONES CLAY, JR.), a Suspended Attorney. [659 NYS2d 737] —Motion for reargument (reconsideration) and modification of the order of this Court entered on January 7, 1997 (229 AD2d 50) is denied. No opinion. Concur—Sullivan, J. P., Nardelli, Rubin, Tom and Andrias, JJ.